UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- x
MYKAYLA FAGNANI, ON BEHALF OF :
HERSELF AND ALL OTHER PERSONS :
SIMILARLY SITUATED, :
:
Plaintiffs, :
:
v. :
:
KODIAK CAKES, LLC, :
:
Defendant. :
-------------------------------------- x

**MEMO ENDORSED**

No.: 1:24-cv-6705

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff(s), MYKAYLA FAGNANI, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, KODIAK CAKES, LLC, with prejudice and without fees and costs.

Dated: New York, New York
October 23, 2024

**GOTTLIEB & ASSOCIATES PLLC**

*/s/Michael A. LaBollita, Esq.*

Michael A. LaBollita, Esq., (ML-9985)
150 East 18th Street, Suite PHR
New York, NY 10003
Phone: (212) 228-9795
Fax: (212) 982-6284
Michael@Gottlieb.legal

*Attorneys for Plaintiffs*

Dated: October 24, 2024
New York, New York

SO ORDERED:

[signature: Katherine Polk Failla]

_____
Hon. Katherine Polk Failla
United States District Judge